UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>V.<br><br>MICHAEL SIZEMORE,<br>     Defendant. | CRIMINAL ACTION NO. 6:03-18-KKC<br><br><br>ORDER |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE 214) filed by the Magistrate Judge on December 4, 2014. On September 9, 2003, Defendant Michael Sizemore pled guilty to conspiracy to distribute over five kilograms of cocaine, distribution of cocaine, and being a convicted felon in possession of a firearm. (DE 85). In January 2004, this Court sentenced Sizemore to be imprisoned for ninety-six months followed by five years of supervised release. (DE 122). On October 22, 2014, Sizemore violated the conditions of his supervised release.

Magistrate Judge Edward Atkins conducted two hearings concerning the revocation of Sizemore's supervised release, and Sizemore stipulated to the violation. Based on a review of the record and having heard oral arguments, the Magistrate Judge recommended revocation of Sizemore's supervised release, incarceration for a term of six months, and a term of supervised release to following that will terminate on September 5, 2016. (DE 214 at 8.) The Magistrate Judge further advised the parties that they had fourteen days in which to file objections to the recommendation.

Defendant Michael Sizemore filed a response to the recommended disposition. (DE 215). Sizemore did not object to the recommended disposition but requested that be incarcerated in a facility as close to his home as possible and to serve as much time as possible in a halfway house. Sizemore acknowledged that the Bureau of Prisons will ultimately decide whether his requests are appropriate. The Court notes that the place and method of housing prisoners is within the sole discretion of the Bureau of Prisons, but the Court is aware that it is a policy to house prisoners nearest their home and family whenever possible. Sizemore also waived his right to allocution. (DE 215-1).

Accordingly, **IT IS ORDERED** that:

1. The Magistrate Judge's Recommended Disposition (DE 214) is **ADOPTED** as and for the opinion of this Court;

2. Sizemore's Motion for Entry of Judgment (DE 216) is **GRANTED**; and

3. Judgment shall be entered consistent with this Order.

Dated January 30, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY